UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRE B. YOUNG,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAUCASIAN (WHITE) SUPREMACY,<br>et al.,<br><br>        Defendants. | NO.  CV-07-368-LRS<br><br>ORDER OF DISMISSAL |

    By Order filed February 6, 2008, the court directed Mr. Young to show cause why this action should not be dismissed without prejudice to Plaintiff filing a challenge to his commitment and conditions of confinement in the Western District of Washington.  Plaintiff, a resident of the Special Commitment Center (SCC) in the Western District of Washington, is proceeding *pro se* and in forma pauperis; Defendants have not been served.

    In response to the court's directive, Plaintiff filed a "Notice of Motion to Clarify 'Civil' Commitment Invalidation in Response to Order to Show Cause" (Ct. Rec. 7), which he noted for hearing on March 7, 2008.  Plaintiff's motion was heard without oral argument on the date signed below.

///

ORDER OF DISMISSAL- 1

After review of Plaintiff's submission, the court finds it is not responsive to the Order to Show Cause. In his complaint, Plaintiff challenges his present confinement in the Western District of Washington, as well as the conditions of that confinement. For the reasons set forth above and in the court's previous Order[1], **IT IS ORDERED** the complaint is **DISMISSED without prejudice** to Plaintiff filing an appropriate action in the Western District of Washington.

**IT IS FURTHER ORDERED** Plaintiff's Notice of Motion to Clarify (Ct. Rec. 7) is **DENIED as moot.** To the extent Plaintiff may wish to present rulings regarding his confinement status, he should do so in an appropriate action in the Western District of Washington.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.

**DATED** this  9th  day of April, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

---

[1] The court notes a typographical error on page 3, line 2 of the Show Cause Order (Ct. Rec. 5). The words "is invalid" should be stricken.

ORDER OF DISMISSAL- 2