AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Andre B. Young

JUDGMENT IN A CIVIL CASE

v.

State of Washington, et al

CASE NUMBER: CV-07-368-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED  The Complaint is DISMISSED Without Prejudice to Plaintiff filing an appropriate action in the Western District of Washington.

April 09, 2008
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Vikki Johnson
_____
*(By) Deputy Clerk*
Vikki Johnson